# UNITED STATES DISTRICT COURT
# FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL COWARD, )<br><br>    **Plaintiff,** )<br><br>    v. )<br><br>PAYPAL CREDIT f/k/a BILL ME LATER, INC., )<br><br>    **Defendant.** ) | Case No.: 2:17-cv-03896-AB-SK |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Rebecca J. Wahlquist* | */s/ Amy Lynn Bennecoff Ginsburg* |
| Rebecca J Wahlquist, Esq. | Amy Lynn Bennecoff Ginsburg, Esq. |
| Snell and Wilmer LLP | Kimmel and Silverman PC |
| 350 South Grand Avenue, Suite 3100 | 30 E Butler Pike |
| Los Angeles, CA 90071 | Ambler, PA 19002 |
| Phone: 213-929-2500 | Phone: 215-540-8888 |
| Fax: 213-929-2525 | Fax: 1-877-600-2112 |
| Email: bwahlquist@swlaw.com | Email: teamkimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| | |
| Date: October 29, 2018 | Date: October 29, 2018 |

**Attorney Attestation**

I, Amy Lynn Bennecoff Ginsburg, am the ECF User whose ID and password are being used to file this Status Report. In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 29, 2018          By: /s/ *Amy Lynn Bennecoff Ginsburg*
                                 Amy Lynn Bennecoff Ginsburg, Esq.
                                 Kimmel and Silverman PC
                                 30 E Butler Pike
                                 Ambler, PA 19002
                                 Phone: 215-540-8888
                                 Fax: 1-877-600-2112
                                 Email: teamkimmel@creditlaw.com
                                 Attorney for Plaintiff